UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BURTON W. WIAND, as Receiver for
VALHALLA INVESTMENT PARTNERS,
L.P.; VIKING FUND, LLC; VIKING IRA
FUND, LLC; VICTORY FUND, LTD.;
VICTORY IRA FUND, LTD., AND
SCOOP REAL ESTATE, L.P.,

        Plaintiff,

v.                                             Case No. 8:10-CV-150-T-17MAP

DIANA W. CLOUD,

        Defendant.
_____/

## **ORDER**

BEFORE THE COURT is the Receiver's motion to compel production (doc. 48). The motion indicates that the parties have resolved all but one of their disputes regarding document production. The remaining unresolved request seeks "all tax returns including exhibits, attachments, schedules, work papers, and any other supporting documents that relate to, reflect, or in any way characterize any money received by you from a Receivership Entity." Defendant objected, stating "the documents sought are outside the scope of permissible discovery in this case, and fails to specify any time for which the documents are sought."

Upon consideration, I find the documents requested are relevant, and although the request does not specify years, it impliedly encompasses a limited time frame because it seeks only those documents reflecting any transfers received by defendant from "a Receivership Entity." Moreover, as stated by the Receiver, and in light of the fact that the Defendant has not responded to the motion

within the time specified by Local Rule 3.01(b), I find that Defendant is responsible for producing not only those documents within her possession, but also those documents within her control that she has the legal right to obtain upon demand. *See Searock v. Stripling,* 736 F.2d 650, 653-54 (11th Cir. 1984); *McDaniel v. Bradshaw,* 2011 WL 2470519 (S.D. Fla. June 20, 2011) citing *Searock* (stating Eleventh Circuit defines 'control' as legal right to obtain documents upon demand and directing plaintiff to obtain his income tax returns from IRS); *Deforest v. Johnny Chisholm Global Events, LLC,* 2009 WL 1660137, *6 (N.D. Fla. June 15, 2009) citing *Searock* (finding defendant obligated to obtain and provide to plaintiff documents defendants have the legal right to obtain upon demand, including tax returns).

ORDERED:

1. The Receiver's motion to compel discovery (doc. 48) is GRANTED

2. The Defendant is directed to produce all responsive documents to request 13 that are within her control, as defined above, on or before August 1, 2012.

DONE and ORDERED in Tampa, Florida, on July 18, 2012.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record

2